**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

United States of America ex rel. J. Bryan Quesenberry,

Plaintiff,

v.

Virgin Valley Water District,

Defendant.

Case No.: 2:24-cv-00626-APG-NJK

**Order**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B),

IT IS ORDERED that the complaint be unsealed and served upon defendants by the relator.

IT IS FURTHER ORDERED that all other contents of the Court's docket in this action remain under seal and not be made public or served upon the defendants, except for this Order and the United States' Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the complaint.

IT IS FURTHER ORDERED that the seal be lifted as to all other matters occurring in this action after the date of this Order.

IT IS FURTHER ORDERED that the parties must serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

IT IS FURTHER ORDERED that the parties must serve all notices of appeal upon the United States.

IT IS FURTHER ORDERED that the Clerk of Court must serve all orders of this Court on the United States.

4

IT IS FURTHER ORDERED that should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED:

_____

Chief United States District Judge

DATED: _____January 23, 2026_____

5