**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA ex rel. J. BRYAN QUESENBERRY,

Plaintiff

v.

VIRGIN VALLEY WATER DISTRICT,

Defendant

Case No.: 2:24-cv-00626-APG-NJK

**Order Dismissing Case for Failure to Serve the Defendant**

On January 23, 2026, I ordered relator J. Bryan Quesenberry to serve the defendant with the complaint. ECF No. 25. No proof of service has been filed, so I ordered Quesenberry to show cause why this case should not be dismissed for failure to serve the defendant. ECF No. 26. Neither Quesenberry nor the United States responded.

I THEREFORE ORDER that this case is dismissed for failure to serve the defendant. The clerk of court is instructed to close this case.

DATED this 31st day of July, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE